WHITE O'CONNOR CURRY LLP
Lee S. Brenner (STATE BAR NO. 180235)
Allison S. Rohrer (STATE BAR NO. 224029)
Tami Kameda (STATE BAR NO. 245628)
10100 Santa Monica Boulevard, Twenty-Third Floor
Los Angeles, California 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
lbrenner@whiteo.com

NO. JS-6

Attorneys for Defendants King World Productions, Inc., CBS Television Distribution Group, and Harpo Productions, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JEFFREY J. ZELLA and ROSS CRYSTAL, individuals,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE E.W. SCRIPPS COMPANY, an Ohio corporation; SCRIPPS NETWORKS, INC., a Delaware corporation; TELEVISION FOOD NETWORK G.P., a general partnership; HARPO PRODUCTIONS, INC., an Illinois corporation; KING WORLD PRODUCTIONS, INC., a Delaware corporation; CBS TELEVISION DISTRIBUTION GROUP, a unit of CBS Corporation, which is a Delaware corporation; WATCH ENTERTAINMENT, INC., a New York corporation; and DOES 1-10, inclusive,<br><br>    Defendants. | CASE NO. CV 06-07055 ABC (JTLx)<br><br>[The Honorable Audrey B. Collins]<br><br>**JUDGMENT** |

219829.1.doc

[PROPOSED] JUDGMENT

# JUDGMENT

On December 18, 2007, by written order, this Court granted the motion to dismiss submitted by defendants CBS Television Distribution, King World Productions, Inc., and Harpo Productions, Inc. (collectively, "CBS Defendants") and dismissed the CBS Defendants from this action.

NOW, IT IS ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs Jeffrey Zella and Ross Crystal, shall take nothing by their complaint against the CBS Defendants, and their complaint is dismissed on the merits with prejudice.

2. The CBS Defendants are the prevailing party in this action. Pursuant to Rule 54 of the Federal Rules of Civil Procedure the CBS Defendants are awarded their costs in this action in the amount of $ _____, together with interest as provided by law.

DATED: January 15, 2008

*Audrey B. Collins*

_____
Hon. Audrey B. Collins
United States District Court Judge

219829.1.doc

[PROPOSED] JUDGMENT